FELICE JOHN VITI, Acting United States Attorney (7007)
BRENT L. ANDRUS, Assistant United States Attorney (NY 5143474)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
(801) 524-5682 ◆ travis.elder@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ERIK KEITH BLOMQUIST, and <br> JUSTIN D. HEIDEMAN, <br><br> Defendants. | **STATUS OF FORFEITURE** <br> (Draper Real Property ONLY) <br><br> Case No. 2:25-cr-00361 RJS <br><br> Judge Robert J. Shelby |

The United States of America hereby notifies the Court that it no longer seeks criminal judicial forfeiture of the following asset:

- **Real Property located at 782 E. Ivy Manor Ln, Draper UT 84040**

The United States will not seek a proposed order of forfeiture for the real property listed above, and forfeiture of the real property need not be included in any judgments against the Defendants.

Dated this 8th day of October, 2025.

FELICE JOHN VITI
Acting United States Attorney

/s/ *Travis K. Elder*
TRAVIS K. ELDER
Assistant U.S. Attorney