IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN HEIDEMAN,<br><br>Defendant. | ORDER TO CONTINUE JURY TRIAL<br><br><br>Case No. 2:25-cr-361-RJS-JCB |

Based on Mr. Heideman's Unopposed Motion to Continue Jury Trial ("Motion")[1], and for good cause appearing, the Court makes the following findings:

1. Heideman was charged in an indictment on October 1, 2025, and appeared before a judge for arraignment in this Court on October 8, 2023, and trial was set for December 16, 2025.

3. Heideman seeks a continuance under 18 U.S.C. § 3161(h)(7)(B)(iv). This is the first request to continue trial made by Heideman.

4. Heideman alleges that the continuance is necessary because failure to grant such a continuance would result in a miscarriage of justice and would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

---

[1] Docket No. , filed December 11, 2025.

1

5.    The facts supporting this allegation, including the length of the delay, include the following: counsel needs additional time to review discovery and engage the government in plea negotiations.

6.    The length of delay requested is 90 days.

7.    Counsel for the government does not object to the continuance.

8.    Heideman is not in custody, and after consultation with counsel, agrees to the requested continuance.

9.    The lead defendant, Erik Blomquist, has not yet retained counsel.

The Court finds that a failure to grant the requested continuance would result in a miscarriage of justice and deny Heideman's counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Thus, the ends of justice served by such continuance outweigh the best interest of the public and Heideman in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that Heideman's Motion (Docket No. ___) is granted. The jury trial previously scheduled to begin on December 16, 2025, is continued to the _____, 2026, at 8:30 a.m. The time between the filing of the Motion, December 11, 2025, and the new trial date is excluded from computation under the Speedy Trial Act.

DATED this ___ day of December, 2025.

_____
Robert J. Shelby
United States District Judge

2