AO 442 (UTD Rev 5/25)

FILED
2026 MAY 8 AM 11:20
CLERK
U.S. DISTRICT COURT

# United States District Court

for the

**District of Utah**

| | |
|---|---|
| UNITED STATES OF AMERICA | **ARREST WARRANT** |
| V. | Case No: 2:25-cr-00361-RJS-JCB-1 |
| **Erik Keith Blomquist** | |
| | **DESIGNATED LOCATION:** ☒ Salt Lake City ☐ St George |

To:     The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   ERIK KEITH BLOMQUIST ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information

☐ Complaint   ☒ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**Allegation(s) on Petition**

in violation of _____   United States Code.

| | |
|---|---|
| Jared C. Bennett | Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *Mozelle Hiatt* (signature) | April 30, 2026 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By: MOZELLE HIATT | |
| Deputy Clerk | |

Bail fixed _____   by _____

Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 04/30/2026 | Sean Rodriguez DUSM | *X* (signature) |
| DATE OF ARREST | | |
| 5-7-26 | | |